IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 09-00243-01-CR-W-DGK |
| GORDON D. JONES, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

On February 12, 2010, the Court, on its own motion, ordered the defendant to undergo a psychiatric or psychological examination pursuant to 18 U.S.C. § 4241 for a judicial determination of defendant's mental competency. Defendant was examined by Dr. Tammy Sheehan, who prepared a report dated March 3, 2010, in which she opined defendant was competent to stand trial.

During a competency hearing held before United States Magistrate Judge Sarah W. Hays on March 11, 2010, defendant and the government stipulated to the report of Dr. Sheehan. A report and recommendation was entered by Judge Hays on March 23, 2010, recommending defendant be declared competent to stand trial. No objections to the report and recommendation have been filed. Therefore, after making an independent review of the record and applicable law, it is

ORDERED that the Report and Recommendation of Magistrate Judge Hays is adopted in its entirety. This Court finds that defendant is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his own defense and that he is competent to stand trial.

/s/ Greg Kays
                                                        GREG KAYS
                                                        United States District Judge

Kansas City, Missouri
April 13, 2010